PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christopher Santarsiero          Cr.: 3:05 CR 292-01
                                                    PACTS #: 42273

Name of Sentencing Judicial Officer: Honorable William H. Walls, Senior United States District Court Judge

Date of Original Sentence: January 18, 2006

Original Offense: Conspiracy to defraud the United States

Original Sentence: 5 years Probation; Financial Disclosure, Location Monitoring, and DNA; $100.00 special assessment and $115,592.75 restitution.

Type of Supervision: Probation          Date Supervision Commenced: January 18, 2006

## STATUS REPORT

U.S. Probation Officer Action:

On January 18, 2006, the offender was sentenced by your Honor to five years probation. The following special conditions were imposed: Financial Disclosure, Location Monitoring, and DNA Testing. He was also ordered to pay a $100 special assessment and $115,592.75 restitution. The offender was transferred to our low intensity caseload on November 10, 2009.

Mr. Santarsiero currently resides in Howell, NJ. He is presently on Total Disability. We believe that Mr. Santarsiero has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,900 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Santarsiero's term of supervision to expire as scheduled on January 17, 2011.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: December 3, 2010

[✓] Allow the case to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

20 Dec 2010
_____
Date